UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH I. MUNDO,<br>　　　　Plaintiff<br><br>　v.<br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security*<br>　　　　Defendant | CIVIL ACTION NO. 1:21-CV-517<br><br><br>(ARBUCKLE, M.J.) |

# **ORDER**

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision is **VACATED** and the case is **REMANDED** to the Commissioner pursuant to sentence four 42 U.S.C. § 405(g) for further proceedings consistent with the Memorandum Opinion and this Order. After entering judgment in favor of Mundo and against the Commissioner as set forth in the prior sentence, the Clerk of Court shall close this case.

Date: March 24, 2023　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge